# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0199** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **TELLIN CINTRON** | : | |

## ORDER

AND NOW, this 4th day of June, 2008, upon consideration of defendant's motion to remove counsel due to ineffective assistance (Doc. 716), and of the motion of defendant's counsel to withdraw as attorney for defendant (Doc. 724), and it appearing that irreconcilable conflicts have arisen between defendant and his current counsel, see 18 U.S.C. § 3006a(c) ("[T]he court may, in the interests of justice, substitute one appointed counsel for another at any stage of the proceedings."); United States v. Welty, 674 F.2d 185, 188 (3d Cir. 1982) (identifying "irreconcilable conflict" as cause for appointing substitute counsel); see also PA. RULES PROF'L CONDUCT R. 1.7, 1.16; UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, CRIMINAL JUSTICE ACT PLAN at 8 (2005), it is hereby ORDERED that:

1. Defendant's motion (Doc. 716) is CONSTRUED as a motion for substitution of counsel and is GRANTED as so construed.

2. The motion of defendant's counsel to withdraw (Doc. 724) is DENIED as moot.

3. The appointment of John H. Reed, Esquire, as counsel for defendant in the above-captioned case is terminated.

4.  Robert A. Hoffa, Esquire, of Campana Lovecchio & Morrone, P.C., 602 Pine Street, Williamsport, PA 17701, telephone number (570) 326-2401, is appointed to represent defendant in the above-captioned case.

5.  The Clerk of Court is directed to forward all necessary materials to Robert A. Hoffa, Esquire, as soon as possible.

6.  John H. Reed, Esquire, is directed to provide to Robert A. Hoffa, Esquire, the file in the above-captioned case as soon as possible.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge